# IN THE SUPREME COURT OF THE STATE OF NEVADA

MARIO BLADIMIR TREJO,
               Appellant,

vs.

THE STATE OF NEVADA,
               Respondent.

No. 83091

FILED

JUL 30 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK



## *ORDER DISMISSING APPEAL*

This appeal was initiated by the filing of a pro se notice of appeal. Eighth Judicial District Court, Clark County; Erika D. Ballou, Judge.

Appellant filed a notice of appeal on June 17, 2021. The notice of appeal fails to identify any judgments of the district court. Further, it does not appear from the district court docket and minute entries that the district court entered any appealable order. Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

SUPREME COURT
OF
NEVADA

(O) 1947A

21-22151

cc: Hon. Erika D. Ballou, District Judge
Mario Bladimir Trejo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA